# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| | : | |
| JENNIFER MCKINNIS | : | Bankruptcy No. 06-13514DWS |
| aka JENNIFER LICHTENWALNER | : | |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 25th day of August 2006, Debtor having filed a voluntary petition in bankruptcy under chapter 7 on August 16, 2006, which was dismissed on August 18, 2006 because Debtor cannot meet the requirements of § 109(h)(3)(A);

**And** Debtor's landlord (Landlord) having filed an Affidavit of Judgment and No Deposit indicating a prepetition judgment for possession of Debtor's residence and requesting an order confirming Landlord's ability to proceed with eviction;

It is hereby **ORDERED** that the Philadelphia Landlord and Tenant Officer may proceed with the eviction of Debtor, as there is no longer any automatic stay in effect.[1]

DIANE WEISS SIGMUND
Chief U.S. Bankruptcy Judge

---

[1] Debtor has filed a motion to vacate the dismissal, which the Court will address at the hearing scheduled for September 24, 2006. However, that motion, even if successful in reinstating this case, would not prohibit Debtor's eviction. Debtor's landlord correctly notes in her affidavit that the stay exception of § 362(b)(22) applies here and would allows the eviction to proceed even if the case had not been dismissed.